United States District Court
Southern District of Texas
**ENTERED**
February 13, 2025
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| WILLIAM M. WALLS, Plaintiff, | § § § § | CIVIL ACTION NO 4:24-cv-02284 |
| vs. | § § § | JUDGE CHARLES ESKRIDGE |
| PATRICK MCCULLOUGH, *et al*, Defendants. | § § § § | |

ORDER ADOPTING
MEMORANDUM AND RECOMMENDATION

Plaintiff William M. Walls initiated this ERISA case in Texas state court, and Defendants removed it on the basis of federal question jurisdiction. Dkt 1. The matter was referred for disposition to Magistrate Judge Christina A. Bryan. Dkt 8.

Pending is a Memorandum and Recommendation by Magistrate Judge Christina A. Bryan dated January 2, 2025. Dkt 18. She recommends that this case be transferred to the United States District Court for the District of Maryland pursuant to the forum selection clause in the subject ERISA plan documents.

The district court reviews *de novo* those conclusions of a magistrate judge to which a party has specifically objected. See FRCP 72(b)(3) & 28 USC §636(b)(1)(C); see also *United States v Wilson*, 864 F2d 1219, 1221 (5th Cir 1989, *per curiam*). The district court may accept any other portions to which there's no objection if satisfied that no clear error appears on the face of the record. See *Guillory v PPG Industries Inc*, 434 F3d 303, 308 (5th Cir 2005), citing *Douglass v United Services Automobile Association*, 79 F3d

1415, 1430 (5th Cir 1996, *en banc)*; see also FRCP 72(b) advisory committee note (1983).

None of the parties filed objections. No clear error otherwise appears upon review and consideration of the Memorandum and Recommendation, the record, and the applicable law.

The Memorandum and Recommendation of the Magistrate Judge is ADOPTED as the Memorandum and Order of this Court. Dkt 18.

This case is ORDERED to be transferred to the United States District Court for the District of Maryland.

SO ORDERED.

Signed on February 13, 2025, at Houston, Texas.

*CREskridge*
Hon. Charles Eskridge
United States District Judge